# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| CHUKWUMA E. AZUBUKO, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>MBNA AMERICA, and )<br>EXPERIAN, )<br>    Defendants. ) | No. 3:05-CV-39<br>(Phillips/Guyton) |

## ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This matter is **TRANSFERRED** to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1404(a);

2. The Clerk of the Court is **DIRECTED** to transfer the entire file to the Clerk of the United States District Court for the District of Massachusetts; and

3. Defendants motions to dismiss, as well as plaintiff's motion for summary judgment, will remain outstanding pending consideration and resolution by the United States District Court for the District of Massachusetts.

**IT IS SO ORDERED.**

                     **ENTER:**

                                s/ Thomas W. Phillips
                                United States District Judge